FELIX STONE V. THE STATE.

No. 20513. Delivered June 14, 1939.

The opinion states the case.

*A. D. Emerson,* of Waxahachie, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for fifteen years.

The trial judge failed to approve the statement of facts. The record is before us without bills of exception. No question is presented for review.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.